UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLEASANTON FITNESS, LLC d/b/a Fitness Evolution, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KENNA MEDIA, LLC, a Washington Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | No.  1:15-cv-01188-DAD-SMS<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 18) |

　　　　On March 13, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.  (Doc. No. 18.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **March 14, 2016**　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1